**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 08-1519**

─────────────

ESTHER LEE BROWN, The Estate of Esther Lee Brown; LENTON C. BROWN,

        Plaintiffs - Appellants,

      v.

ALBERTO GONZALES, Attorney General; KEVIN MORRIS; BOBBY MORRIS; LILLE DUBBY MORRIS; TONY BANKS; ROY COOPER, The State of North Carolina Attorney General; BERTIE COUNTY SHERIFF'S DEPARTMENT; GREG ATKINS; WALLACE PERRY, Commissioner; JOHN DOE, I; JOHN DOE, II,

        Defendants - Appellees.

─────────────

**No. 08-1950**

─────────────

ESTHER LEE BROWN, The Estate of Esther Lee Brown; LENTON C. BROWN,

        Plaintiffs - Appellants,

      v.

ALBERTO GONZALES, Attorney General; KEVIN MORRIS; BOBBY MORRIS; LILLE DUBBY MORRIS; TONY BANKS; ROY COOPER, The State of North Carolina Attorney General; BERTIE COUNTY SHERIFF'S DEPARTMENT; GREG ATKINS; WALLACE PERRY, Commissioner; JOHN DOE, I; JOHN DOE, II,

        Defendants - Appellees.

─────────────

Appeals from the United States District Court for the Eastern District of North Carolina, at Wilmington. James C. Fox, Senior District Judge. (2:07-cv-00007-F)

Submitted: November 20, 2008     Decided: November 25, 2008

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Lenton Creolle Brown, Appellant Pro Se. Jane Ammons Gilchrist, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated cases, Lenton C. Brown appeals from various orders and the final judgment denying relief in a civil action he filed on behalf of himself and the estate of his mother. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Brown v. Gonzales, No. 2:07-cv-00007-F (E.D.N.C. Mar. 10, 2008; Apr. 10, 2008; July 21, 2008). Brown's motions to amend the complaint, to vacate miscellaneous district court orders, and to reopen the case in the district court are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED